IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS JACKSON,<br><br>    Plaintiff,<br><br> v.<br><br>REWORK LLC,<br><br>    Defendant. | Civil Action No. 1:25-cv-0026 |

## NOTICE OF SETTLEMENT

Plaintiff Chris Jackson hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Rework, LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: March 3, 2025          Respectfully Submitted,

                 */s/ Benjamin J. Sweet*
                 Benjamin J. Sweet
                 ben@nshmlaw.com
                 **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                 101 Pennsylvania Boulevard, Suite 2
                 Pittsburgh, Pennsylvania 15228
                 Phone: (412) 857-5350

                 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 3rd day of March, 2025.

                                                */s/ Benjamin J. Sweet*
                                                  Benjamin J. Sweet