IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS JACKSON,<br><br>                Plaintiff,<br>   v.<br><br>REWORK LLC,<br><br>                Defendant. | Civil Action No. 1:25-cv-0026 |

## STIPULATION FOR DISMISSAL

Plaintiff, Chris Jackson, and Defendant, Rework LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 19, 2025

| | |
|---|---|
| NYE STIRLING, HALE,<br>MILLER, AND SWEET, LLP | AMUNDSEN DAVIS LLC |
| By: */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>101 Pennsylvania Boulevard, Suite 2<br>Pittsburgh, Pennsylvania 15228<br>Telephone: (412) 857-5350 | By: */s/ John C. Ochoa*<br>John C. Ochoa, Esq.<br>150 N. Michigan Avenue, Suite 3300<br>Chicago, Illinois 60601<br>Telephone: (312) 894-3200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

-2-

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 19th day of March, 2025.

                                                      */s/ Benjamin J. Sweet*
                                                          Benjamin J. Sweet